UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY KIRKLAND,<br><br>    Plaintiff.<br><br>- against -<br><br>HESS RETAIL OPERATIONS, LLC, SPEEDWAY LLC, and HESS CORPORATION,<br><br>    Defendants. | **ORDER**<br><br>Civil Action No. 5:15-cv-01184-FJS-DEP |

## ORDER OF DISMISSAL

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation of Voluntary Dismissal With Prejudice, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that Defendants Hess Retail Operations LLC and Hess Corporation are hereby **DISMISSED** with prejudice.

```
IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:  March 2, 2016
        Syracuse, NY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY KIRKLAND, individually and on behalf of all others similarly situated,<br><br>       Plaintiff.<br><br>      - against -<br><br>HESS RETAIL OPERATIONS, LLC, SPEEDWAY LLC, and HESS CORPORATION,<br><br>       Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Action No. 5:15-cv-01184-FJS-DEP |

Plaintiff KELLY KIRKLAND, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants HESS RETAIL OPERATIONS, LLC, SPEEDWAY LLC, and HESS CORPORATION ("Defendants"), by and through their undersigned counsel, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of all claims against Defendant HESS RETAIL OPERATIONS, LLC and Defendant HESS CORPORATION and would ask that the Court enter an Order dismissing these Defendants with prejudice. A proposed order is being filed with this Joint Stipulation.

No party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action.

DATED this 1st day of March, 2016.

Respectfully submitted,

| | |
|---|---|
| **E. STEWART JONES HACKER MURPHY LLP**<br>7 Airport Blvd<br>Latham, NY 12110<br>518-783-3843<br>rfinn@joneshacker.com<br><br>*/s/ Ryan Finn*<br>Ryan Finn, Esq.<br>COUNSEL FOR PLAINTIFF | **LITTLER MENDELSON, P.C.**<br>375 Woodcliff Drive, 2nd Floor<br>Fairport NY 14450<br>585-203-3400<br>jlowell@littler.com<br><br>*/s/ Jill M. Lowell*<br>Jill M. Lowell, Esq.<br>COUNSEL FOR DEFENDANT |

138072521.1